FILED
2015 Aug-18 PM 12:56
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA

## IN FORMA PAUPERIS AFFIDAVIT

FILED
2015 AUG 17 P 2:02
U.S. DISTRICT COURT
N.D. OF ALABAMA

Declaring that the information I have given below is true and correct, I apply to this court for:

[X]   authority to commence an action without prepayment of fees, costs or security.

1.   **PERSONAL AND FINANCIAL DATA**

A.   Your full name and present mailing address:

Stanley H. Howard ℅ Claudia J. Howard
112 Jodi Drive Apt A
Madison, Alabama [35758]

Telephone (if any): 256-541-1218

B.   Are you presently employed?       Yes _____   No  X

If the answer is "yes," give the name and address of your employer and the amount of your usual weekly salary or wages.

_____

_____

_____

Weekly earnings: $ _____

If you are not presently employed, give name and address of your last employer, when you last worked, and the amount of weekly salary or wages you were receiving.

PremAir, Inc.                                          now out of business
22024 Marine View Drive So. Suite 202
Des Moines, Washington [98198]

Date last worked: 1998

Weekly earnings: $ 2,500 for the entire year - (contract work)

Approximately how much money have you received in the past twelve months:

as wages, salary, commissions, or earned income of any kind?      $ 0

as interest, dividends, rents, or investment income of any kind?  $ 0

        as gifts or inheritance?     $ _0_

        from social security, unemployment compensation, or any form of state or federal welfare payments or benefits?     $ _20,298 %q 8,419_

        from pensions, annuities, workmen's compensation, disability or other insurance policies?     $ _4315.44_

        from all other sources? _VA Disability_     $ _1,586.89_

C.    How much money do you own or have in any checking or savings accounts?     $ _190.00_

D.    Do you own any real estate, stocks, bonds, notes, automobiles, boats, or other valuable property (excluding ordinary household items and clothing)?   Yes _X_  No ____

If the answer is "yes," describe the property and state its approximate value:
_2004 Hyundai Sonata in Fair Condition_
_Blue Book Value  $2,676_

E.    How much money do you owe others?     $ _9,566_

As to each debt of over $100.00, state the name of the creditor, the approximate total amount owed to that creditor, and the monthly payment amount you currently owe and/or are paying to that creditor.
_USAA Charge Account_      $ _150 or more when possible_

F.    List the persons who are dependent upon you for support, stating your relationship to them and how much you contribute each year toward their support.
_Carolyn Howard, daughter, disabled with PTSD since Sept 2013_     _$ 5,700_

G.    Are there any other persons regularly residing in your household who are over the age of 18 and who are presently employed?   Yes ____  No _X_

    If the answer is "yes," give the following information for each such person:

Name: _____
Relationship: _____
Employer: _____
Weekly earnings: $ _____

Name: _____
Relationship: _____
Employer: _____
Weekly earnings: $ _____

H.  Any other information which you believe supports your claim that you cannot financially afford to employ an attorney or to make payment of court fees, costs, or security.

My wife and I both have diabetes and heart problems. My wife's medications this year have put her into the donut hole which further increases the costs of her medications

## II.  ATTESTATION AND SIGNATURE

Under penalty of perjury, I declare that the information given on the preceding pages is true and correct.

Date: Aug 17, 2015                    _____
                                              SIGNATURE

WITNESS:

_____

_____