FILED
2015 Aug-18  PM 01:10
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA

FILED
2015 AUG 17 P 2:02
U.S. DISTRICT COURT
N.D. OF ALABAMA

Stanley H. Howard

Plaintiff,

v.

Civil Action Number

Planet Home Lending

Defendant.

REQUEST FOR SERVICE BY
CERTIFIED MAIL

Please serve the defendant(s) Planet Home Lending
321 Research Parkway, Suite 303, Meriden, Ct 06450
by certified mail pursuant to Alabama Rules of Civil Procedure 4.1 and Federal Rules of Civil Procedure 4(c)(2)(C)(i).

_____
Signature of Attorney