FILED
2015 Aug-21 AM 09:36
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

SUMMONS

| | |
|---|---|
| STANLEY H. HOWARD,<br>    Pro Se Plaintiff,<br>v.<br><br>PLANET HOME LENDING,<br>    Defendant. | (Issued pursuant to Rule 4<br>of the Federal Rules of Civil<br>Procedure or other appropriate laws)<br><br>Case Number: 5:15-CV-1388-AKK |

TO THE ABOVE NAMED DEFENDANT:

    Planet Home Lending
    321 Research Parkway, Suite 303
    Meriden, CT 06450

    You are hereby summoned and required to serve upon plaintiff, PRO SE:

    **Stanley H. Howard**
    **112 Jodi Drive, Apt. A**
    **Madison, AL 35758**

a response to the Complaint which is herewith served upon you, within 21 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, <u>judgment by default</u> may be taken <u>against you</u> for the relief demanded in the complaint. A signed copy of your response must also be filed with the court.

    SHARON N. HARRIS, CLERK

August 21, 2015    By: _____
    Deputy Clerk

---

SERVE: per U.S. Marshal's Form 285

    Clerk, United States District Court
    Northern District of Alabama
    1729 5th Avenue North
    Birmingham, AL 35203