# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| **STANLEY H. HOWARD,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action Number |
| **vs.** ) | **5:15-cv-1388-AKK** |
| ) | |
| **PLANET HOME LENDING,** ) | |
| ) | |
| Defendant. ) | |

## ORDER SETTING RULE 16(b) SCHEDULING CONFERENCE

This case is **SET** for a 16(b) **TELEPHONIC** Scheduling Conference on **December 17, 2015** at **2:30 p.m. [CST if out of time zone parties].** The parties are directed to initiate the telephone call between themselves and to connect the court by calling **205-278-1852** five minutes prior to the designated call time **or,** in the event the parties arrange for a conference line, to email the call-in number and access code to kallon_chambers@alnd.uscourts.gov by 4:30 p.m. the day prior to the scheduling conference.

**DONE** the 25th day of November, 2015.

_____
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE